143 So. 588

## George SWEENEY v. STATE.

### 7 Div. 145.

Supreme Court of Alabama.
Oct. 6, 1932.

Riddle & Riddle, of Talladega, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of George Sweeney for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Sweeney v. State, 143 So. 586.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.